# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:18-cv-71 |
| v. | |
| ENVIRO-TEC SERVICES, INC., | |
| Defendant. | |

## O R D E R

Before the Court is the Plaintiff's Notice of Dismissal Without Prejudice filed on September 20, 2018, stating that the Plaintiff seeks to dismiss its Complaint without prejudice. (Doc. 15.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court DISMISSES this action without prejudice. The Clerk is hereby authorized and directed to CLOSE this case.

**SO ORDERED**, this 14th day of January, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA